### In re BELVEDERE.

No. 00–1586.

United States Court of Appeals, Federal Circuit.

March 5, 2001.

### ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).